IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

      Petitioner,                   No. CIV S-06-1002 LKK KJM P

      vs.

DIRECTOR, CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION,

      Respondent.               <u>ORDER</u>

                             /

        Respondent's request for an extension of time in which to file an answer or motion is denied as moot and the motion to dismiss filed February 7, 2007 is deemed timely.

        IT IS SO ORDERED.

DATED: April 5, 2007.

                                            U.S. MAGISTRATE JUDGE

1