IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Petitioner,               No. CIV S-06-1002 LKK KJM P

    vs.

BRENDA WILDING,[1]

    Respondent.             <u>ORDER TO SHOW CAUSE</u>

                              /

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 20, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's February 20, 2007 motion to dismiss should not be granted.

DATED: July 12, 2007.

                                                      U.S. MAGISTRATE JUDGE

2/jayn1002.osc

---

[1] Brenda Wilding, the unit supervisor of the parole office is Redding, is substituted as respondent in light of the fact that petitioner has paroled. Fed. R. Civ. P. 25(d).

1