IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Petitioner,               No. CIV S 06-1002 LKK KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS    ORDER
AND REHABILITATION,[1]

    Respondent.

_____/

    Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. He challenges his 2001 Shasta County convictions for resisting a police officer in violation of California Penal Code § 69 and vandalism in violation of California Penal Code § 594 (B)(1) following his plea of nolo contendre. Respondent has filed a motion to dismiss, alleging that the action was filed beyond the AEDPA statute of limitations.

/////

/////

---

[1] Petitioner originally named the Director of the Department of Corrections and Rehabilitation as respondent. When respondent filed the motion to dismiss, petitioner had paroled, so respondent asked the court to substitute the unit supervisor of the local parole office as respondent. It now appears that petitioner has been returned to custody.

1

1    The instant petition was filed May 8, 2006, raising two grounds: (1) the prosecution's failure to disclose exculpatory evidence, and (2) the vandalism conviction was improper because petitioner was never held to answer on the charge.

       On December 4, 2006, this court recommended that the second claim be dismissed; the district court followed this recommendation in an order filed January 26, 2007.

       Respondent filed this motion to dismiss on February 20, 2007; petitioner did not file an opposition within the time set by the local rules.  On July 13, 2007, this court issued an order to show cause, directing petitioner to show cause why the motion should not be granted. On August 8, 2007, petitioner filed a single page, asking that the court appoint counsel and direct High Desert State Prison to grant his access to the law library.  He also asked that the court release him immediately because of the non-disclosure of material evidence and argued that his innocence should excuse any procedural problems in the litigation.

       On August 29, 2007, petitioner filed an opposition to the motion to dismiss, which was not entered on the court's docket until 4:20 p.m. on August 30.  At 4:54 p.m., the court's findings and recommendations, recommending that the action be dismissed, were entered on the docket.

       IT IS HEREBY ORDERED:

       1. The findings and recommendations filed August 30, 2007 are hereby vacated;

       2. Respondent's reply to petitioner's opposition is due within fifteen days from the date of this order; and

       3. The Clerk of the Court is directed to serve a copy of this order on petitioner, CDC # T-22594, at High Desert State Prison, P.O. Box. 3030, Susanville, California 96127.

DATED:  September 4, 2007.

_____
U.S. MAGISTRATE JUDGE

2/jayn1002.vf&r

2