IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Petitioner,               No. CIV S-06-1002 LKK KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION,

    Respondent.            <u>ORDER</u>

                               /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 31, 2008 dismissal and denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1         In addition, where the petition was dismissed on procedural grounds, a certificate
2  of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it
3  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
4  reason would find it debatable whether the petition states a valid claim of the denial of a
5  constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
6  McDaniel, 529 U.S. 473 (2000)).
7         For the reasons set forth in the magistrate judge's February 29, 2008 findings and
8  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
9  right nor has he shown that jurists of reason would find it debatable whether petitioner's Brady
10 challenge was timely filed. Accordingly, a certificate of appealability should not issue in this
11 action.
12         IT IS SO ORDERED.
13         DATED: May 22, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2